187 So.2d 444

**Mrs. Gladys H. CRIMEN**

v.

**FIDELITY AND CASUALTY COMPANY OF NEW YORK.**

**. . No. 48233.**

June 21, 1966.

In re: Mrs. Gladys H. Crimen applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 185 So.2d 369.

Writ granted but limited to the question as to whether the case should be remanded for evidence as to the cause of disability.